MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 11-CR-0947-WHA |
|     v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| MEGHAN CENTERWALL, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the initial appearance in District Court of August 21, 2012, setting a new initial appearance for September 4, 2012, at 2 pm, and excluding time under the Speedy Trial Act through September 4, 2012.  The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Meghan Centerwall, is charged with conspiracy to commit bank and wire fraud, in violation of 18 U.S.C. § 1349.  Martha Boersch, Esq., has been retained to represent the defendant.

    2.    The defendant has been arraigned in Magistrate Court and is scheduled for an initial appearance before the District Court on August 21, 2012.  Since the defendant's

-2-

arraignment, the parties have been trying to resolve this matter expeditiously.  The parties have made progress and are close to a disposition.  Accordingly, the parties would respectfully ask that the initial appearance before the District Court be continued for two weeks, until September 4, 2012, so that the parties can attempt to finalize a resolution by their initial appearance before the District Court.

3. Moreover, the parties stipulate that time should be excluded in the interests of justice from Speedy Trial Act calculations for the reasons stated.

SO STIPULATED:

DATED: August 20, 2012

/s/
MARTHA BOERSCH, ESQ.
Attorney for MEGHAN CENTERWALL

DATED: August 20, 2012

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  August 21, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE