Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendant
Meghan Centerwall Basso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-0947-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MEGHAN CENTERWALL BASSO, | |
| Defendant. | |

The government, through Assistant United States Attorney Wilson Leung, and the defendant, through undersigned counsel Martha Boersch, hereby agree to continue the status conference set for Tuesday, September 25, 2012, to Tuesday, October 23, 2012, at 2 pm, and excluding time under the Speedy Trial Act through October 23, 2012. The parties agree and stipulate, and the Court so finds:

1. The parties have been engaged in negotiations to resolve this matter but those negotiations are ongoing.
2. The government has produced discovery to the defendant. Counsel for the defendant needs additional time to review that discovery as well as to consider the proposed disposition.

3. The parties agree that time should be excluded under the Speedy Trial Act in the interests of justice for effective preparation of counsel.

SO STIPULATED.

DATED: September 24, 2012

/s/ Martha Boersch
MARTHA BOERSCH
Attorney for MEGHAN CENTERWALL BASSO

DATED: September 24, 2012

/s/ W.S. Wilson Leung
W. S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 25, 2012

HON. WILLIAM ALSUP
United States District Judge