Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendant
Meghan Centerwall Basso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 11-CR-0947-WHA |
|---|---|
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MEGHAN CENTERWALL BASSO, | |
| Defendant. | |

The government, through Assistant United States Attorney Wilson Leung, and the defendant, through undersigned counsel Martha Boersch, hereby agree to continue the status conference set for Tuesday, October 22, 2012, to Tuesday, December 11, 2012, at 2 pm, and excluding time under the Speedy Trial Act through December 11, 2012. The parties agree and stipulate, and the Court so finds:

1. The parties have been engaged in negotiations to resolve this matter but those negotiations are ongoing.

2. The government has produced discovery to the defendant. Counsel for the defendant needs additional time to review that discovery as well as to consider the proposed disposition.

3. The defendant is pregnant with her first child; her due date is October 29, 2012. As a result, the defendant has been and will be unable to devote significant time to assisting counsel in the review of the discovery.

4. The parties agree that time should be excluded under the Speedy Trial Act in the interests of justice for effective preparation of counsel.

1  SO STIPULATED.
2  //
3
4  DATED: October 22, 2012          /s/ Martha Boersch
                                     MARTHA BOERSCH
5                                    Attorney for MEGHAN CENTERWALL
                                     BASSO
6
7  DATED: October 22, 2012          /s/ W.S. Wilson Leung
                                     W. S. WILSON LEUNG
8                                    Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED: October 23, 2012
                                     HON. WILLIAM ALSUP
13                                   United States District Judge