MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6758
    email: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-000947 WHA |
| v. | STIPULATION AND [PROPOSED] ORDER REQUESTING A CHANGE OF PLEA DATE AND ORDERING PRESENTENCE INVESTIGATION REPORT |
| MEGHAN CENTERWALL BASSO, | |
| Defendant. | |

      The United States of America respectfully submits this joint stipulation and proposed order requesting: (1) the setting of a simultaneous change of plea and sentencing date; (2) an order directing the preparation of a Presentence Investigation Report; and (3) the exclusion of time under the Speedy Trial Act until the change of plea/sentencing hearing.  The parties hereby stipulate and agree to the following:

      1.     The defendant is charged in the above-captioned Information with one count of conspiracy to commit bank and wire fraud, in violation of 18 U.S.C. § 1349.  The parties have reached a disposition in principle in this matter.

      2.     The defendant, however, gave birth to her first child approximately six weeks ago,

and most of her time is now spent caring for the child.  Accordingly, the defendant, with the consent of the Government, would respectfully request that the presently-scheduled change of plea date of December 11, 2012 be continued until late February or early March 2013, so that the defendant can plead guilty and be sentenced in the same proceeding, thereby minimizing her time away from her child.  The parties would also request that, in the meantime, the Court order the preparation of a Presentence Investigation Report so that sentencing can proceed as contemplated above.

       3.      Should the Court grant the requested continuance, the parties would further ask that time be excluded under the Speedy Trial Act until the new change of plea/sentencing date. Exclusion would serve the interests of justice because the requested continuance is being made accommodate the defendant's changed personal circumstances.

SO STIPULATED.

                                            MELINDA HAAG
                                            United States Attorney

DATED: December 6, 2012        By:    /s/
                                            W.S. WILSON LEUNG
                                            Assistant United States Attorneys

DATED: December 6, 2012                 /s/
                                            MARTHA BOERSCH, ESQ.
                                            Attorney for MEGHAN CENTERWALL BASSO

      FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the December 11, 2012 appearance in the above-captioned matter is vacated, and that the change of plea and sentencing shall proceed on   March 5  , 2013;

      IT IS FURTHER ORDERED THAT a Presentence Investigation Report shall be prepared for the defendant in anticipation of sentencing.

DATED: December  10 , 2012

                                            HON. WILLIAM H. ALSUP
                                            United States District Judge